Joanne KNIGHT, John A. Malone, James Parker, Luron L. Bailey, Barbara Green, Parthenia Covington, James S. Walters, Makiea Johnson, Jacqueline W. Wilmer, Edith Mitchell, Delores Poplar, Robert Hill, Willa Webb, and Serena Waymon, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5124.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2002.

**ORDER**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.